UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 16125
   MARISSA A HUTABARAT
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-8656
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/04/07 .

2. The case was dismissed without confirmation, 11/16/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LOAN TO LEARN | UNSECURED | NOT FILED | .00 | .00 |
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO CARD SERVICE | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, CHARLES R WOLF & ASSOC       , was allowed $       .00 and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 07 B 16125 MARISSA A HUTABARAT
```